IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SEAN JENKINS                                                                                           PLAINTIFF

vs.                                        Civil No. 12-CV-1073

SHERIFF DAVID NORWOOD;
JOE STRICKLAND; and
JAMES BOLTON                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that the above-styled case be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Court's orders and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that the above-styled case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge